### JAMES SANDORD v. CELIA BUGGS

31 So. (2nd) 277                    June Term, 1947

June 10, 1947                       Special Division B

Affirmed.

RAYONIER, INC., a Florida Corporation, v. RALPH H. CHRISTIE and wife, HAZEL CHRISTIE, J. P. CONE, C. L. MORRISON, WILSON LIFE INSURANCE COMPANY, a Florida Corporation, JOHN ALBAN and PHILLIPS PETROLEUM COMPANY, a corporation.

31 So. (2nd) 277                    June Term, 1947

June 17, 1947                       Special Division B

Rehearing denied July 8, 1947

Affirmed.

### JEWEL ARLENE PITTMAN v. ROBERT J. PITTMAN

31 So. (2nd) 64                    June Term, 1947

June 20, 1947                       Special Division A

Affirmed.

### GERTRUDE GOLDMAN v. MORRIS GOLDMAN

31 So. (2nd) 714                    June Term, 1947

June 21, 1947                       Division B

Certiorari denied.

### WALLACE RUFF v. HELEN T. RUFF

31 So. (2nd) 277                    June Term, 1947

June 24, 1947                       Special Division A

Certiorari denied.

### M. I. ANGLIN and SARAH A. ANGLIN v. THEODORE KARES

31 So. (2nd) 64                    June Term, 1947

July 15, 1947                       Special Division A

Rehearing denied July 30, 1947

Affirmed.

SIDNEY T. BOTTENFIELD and MARY C. BOTTENFIELD, husband and wife, v. R. T. HODGES and MARGARET M. DUMONT, a widow.

31 So. (2nd) 64                    June Term, 1947

July 15, 1947                       Division B

Affirmed.